**Electronically Filed**
**Supreme Court**
**SCWC-14-0001060**
**06-SEP-2016**
**02:37 PM**

SCWC-14-0001060

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOHN G. SCALERA,
Petitioner/Defendant-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001060; CASE NO. 1DTA-13-02681)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on July 26, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawai'i, September 6, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

